**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IHAB ABDOU,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. 1:26-cv-11669-RMB-EAP<br><br>**ORDER** |

To supplement the Order issued on September 26, 2026 in Civil Action No. 26-11669 (the "September 26th Order"), and consistent with the hearing held on November 6, 2026, **IT IS** this **12th** day of **November 2026** hereby:

1) **ORDERED** that the Clerk of the Court shall file this Order in Civil Action No. 26-11669 and each of the 56 cases listed below, and thereupon, **ADMINISTRATIVELY TERMINATE** each case; and it is further

2) **ORDERED** that Civil Action No. 26-11669, the cases listed in Exhibit A to the September 26th Order, and each of the 56 cases listed below shall remain **ADMINISTRATIVELY TERMINATED** pending further Order of the Court; and it is further

3) **ORDERED**, as stated at the hearing, that the Administratively Terminated cases are not dismissed. They shall retain their original filing dates.

| Case Number | Case Caption | Plaintiff Name |
|---|---|---|
| 3:26-cv-14419 | Allbritton v. Federal Express Corporation | Edward Allbritton |
| 2:26-cv-13942 | Almulaiki v. Federal Express Corporation | Adel Amin Almulaiki |
| 1:26-cv-11682 | Anderson v. Federal Express Corporation | Aaron Anderson |
| 1:26-cv-11744 | Brashear v. Federal Express Corporation | Kevin Brashear |
| 2:26-cv-13907 | Bromfield v. Federal Express Corporation | Ian Bromfield |

| | | |
|---|---|---|
| 2:26-cv-13757 | Caraballo v. Federal Express Corporation | Edward Caraballo |
| 2:26-cv-13763 | Carpio v. Federal Express Corporation | John Carpio |
| 2:26-cv-13764 | Cedres v. Federal Express Corporation | Jorge Cedres |
| 1:26-cv-11784 | Cocciolone v. Federal Express Corporation | Anthony Cocciolone |
| 1:26-cv-11789 | Colvin v. Federal Express Corporation | Olynthea Colvin |
| 2:26-cv-13765 | Cuevas v. Federal Express Corporation | Leonardo Cuevas |
| 1:26-cv-11807 | Daidone v. Federal Express Corporation | John Daidone |
| 1:26-cv-05904 | Dupree v. Federal Express Corporation | Reginald Dupree |
| 1:26-cv-11903 | Ford v. Federal Express Corporation | Taylor Ford |
| 1:26-cv-11911 | Gonzalez v. Federal Express Corporation | Benito Gonzalez |
| 2:26-cv-13846 | Grant v. Federal Express Corporation | James Grant |
| 1:26-cv-11922 | Grundlock v. Federal Express Corporation | Kevin G. Grundlock |
| 3:26-cv-06323 | Hoffman v. Federal Express Corporation | Philip Hoffman |
| 2:26-cv-13767 | Jaikaran v. Federal Express Corporation | Subanie Jaikaran |
| 2:26-cv-05906 | Johnson v. Federal Express Corporation | Yolanda Johnson |
| 1:26-cv-11944 | Julia v. Federal Express Corporation | Andrew Julia |
| 1:26-cv-11947 | Klesh v. Federal Express Corporation | George Klesh |
| 1:26-cv-11951 | Lascio v. Federal Express Corporation | David Lascio |
| 1:26-cv-11955 | Lockman v. Federal Express Corporation | Andrew Lockman |
| 1:26-cv-11957 | Loscalzo Jr. v. Federal Express Corporation | Michael Loscalzo Jr. |
| 2:26-cv-13769 | Mcclain v. Federal Express Corporation | Eric Mcclain |
| 1:26-cv-11997 | Mendez v. Federal Express Corporation | Anthony Mendez |
| 2:26-cv-12022 | Nolasco v. Federal Express Corporation | Yuris Nolasco |
| 2:26-cv-13946 | Panelli v. Federal Express Corporation | Christopher Panelli |
| 2:26-cv-12050 | Pender v. Federal Express Corporation | Christina Pender |
| 1:26-cv-13773 | Perez v. Federal Express Corporation | Gerardo Perez |
| 1:26-cv-12055 | Perez v. Federal Express Corporation | Serafin Perez |
| 2:26-cv-13776 | Pineda-Torres v. Federal Express Corporation | Juan Pineda-Torres |
| 2:26-cv-13848 | Pinney v. Federal Express Corporation | James Pinney |
| 1:26-cv-06411 | Pipes v. Federal Express Corporation | Darryl Pipes |
| 1:26-cv-12097 | Ramos Iii v. Federal Express Corporation | Pastor Ramos III |
| 1:26-cv-12099 | Reyes v. Federal Express Corporation | Angel Reyes |
| 1:26-cv-12104 | Rizzo v. Federal Express Corporation | Joseph Rizzo |
| 1:26-cv-13947 | Robinson v. Federal Express Corporation | Jamel Robinson |

| | | |
|---|---|---|
| 2:26-cv-13779 | Rosario v. Federal Express Corporation | Amelvin Rosario |
| 1:26-cv-12110 | Sakalis v. Federal Express Corporation | Nickolaos Sakalis |
| 1:26-cv-12123 | Sanchez v. Federal Express Corporation | Danielle Sanchez |
| 2:26-cv-06322 | Sandoval v. Federal Express Corporation | Orlin Aguilar Sandoval V |
| 1:26-cv-13849 | Scott v. Federal Express Corporation | Mike Scott |
| 3:26-cv-13948 | Sgro v. Federal Express Corporation | Frank Sgro |
| 1:26-cv-12133 | Shaver v. Federal Express Corporation | Jason Shaver |
| 1:26-cv-12137 | Six v. Federal Express Corporation | Robert Six |
| 2:26-cv-13780 | Stokes v. Federal Express Corporation | Kevin Stokes |
| 1:26-cv-12145 | Streater v. Federal Express Corporation | Clifford Streater |
| 1:26-cv-12150 | Tally v. Federal Express Corporation | Wayne Tally |
| 1:26-cv-12153 | Telemaque v. Federal Express Corporation | Sonny Telemaque |
| 2:26-cv-13782 | Torres-Rodriguez v. Federal Express Corporation | Placido Torres-Rodriguez |
| 3:26-cv-13908 | Tosti v. Federal Express Corporation | Philip Tosti |
| 2:26-cv-13909 | Urrego v. Federal Express Corporation | Javier Urrego |
| 1:26-cv-12166 | Varjabedian v. Federal Express Corporation | Vahan Varjabedian |
| 2:26-cv-13951 | Wolfrum v. Federal Express Corporation | Steven Wolfrum |

/s/ Renée Marie Bumb
Renée Marie Bumb
Chief United States District Judge